

**COMPETITIVE ENTERPRISE INSTITUTE**

1310 L Street NW, 7th Floor ◆ Washington, DC 20005 ◆ www.cei.org

August 19, 2025

**VIA CM/ECF**

Lyle W. Cayce, Clerk of the Court
United States Court of Appeals for the Fifth Circuit
Office of the Clerk
F. Edward Hebert Building
600 S. Maestri Place
New Orleans, LA 70130-3408

**Re: Rule 28(j) Letter in *Word v. U.S. Department of Energy***

Dear Mr. Cayce:

I write to advise the Court of a pertinent and significant authority that came to Plaintiffs' attention after they filed their principal brief. In Section II.B.1, Plaintiffs' principal brief responded to Defendant's argument below that the *Thunder Basin* factors are not relevant to whether 42 U.S.C. § 6306(b)(4) implicitly stripped the district court of jurisdiction. Had Plaintiffs been aware of this Court's opinion in *Space Exploration Technologies Corporation v. National Labor Relations Board*, Docket No. 24-50627, issued today, they would have cited that opinion in its principal brief.

Specifically, Plaintiffs would have cited pages 12–13 of that opinion, which interpret the meaning of 29 U.S.C. § 101, a statute that strips courts of "jurisdiction to issue any restraining order or temporary or permanent injunction in a case involving or growing out of a labor dispute." This Court found that § 101 was not a "special statutory review scheme." The statute only strips jurisdiction of the district court, it does not also create it. But even when limited to those statutes that "divests district courts of their ordinary jurisdiction over the covered [types of] cases" this Court explained that "we consider the three *Thunder Basin* factors."

The reason that this citation was not included in the original brief is that the opinion in *SpaceX v. NLRB* had not been issued at the time Plaintiffs filed their principal brief—it was only released today. Because this letter is being filed on the same day that *SpaceX v. NLRB* was issued, it is both prompt and is limited to 350 words.

Respectfully submitted,

Devin Watkins
*Attorney for Plaintiffs*

cc: All Counsel of record via the appellate CM/ECF system