

**U.S. Department of Justice**
Civil Division, Appellate Staff
950 Pennsylvania Ave. NW
Washington, D.C. 20530

Tel: 202-514-3469
August 21, 2025

VIA CM/ECF
Lyle W. Cayce
Clerk, United States Court of Appeals for the Fifth Circuit
F. Edward Herbert Building
600 S. Maestri Place
New Orleans, LA 70130-3408

      Re:    *Word v. U.S. Department of Energy*, No. 25-10668 (5th Cir.)
           Letter Requesting Unopposed Level 1 Extension

Dear Mr. Cayce:

    Pursuant to Fifth Circuit Rule 31.4.3.1, the government respectfully requests a 30-day extension of time in which to file its response brief, from September 3, 2025, to and including October 3, 2025. This is the government's first request for an extension. Good cause exists, and plaintiffs do not oppose the extension.

    Amanda Mundell has primary responsibility for the government's brief in this case and faces a number of intervening and upcoming appellate deadlines. Ms. Mundell is currently preparing for, and will be traveling to, oral argument in *Dramatic Publishing Company v. Estate of Nelle Harper Lee*, No. 23-1309 (7th Cir.) (argument scheduled for September 5, 2025). She also has primary responsibility for the government's submissions in *Talbott v. United States*, No. 25-5087 (D.C. Cir.) (response to request to lift administrative stay filed August 21, 2025, and opening brief and appendix due September 23, 2025); *Music Choice v. Copyright Royalty Board*, 25-1039 (D.C. Cir.) (final brief due September 16, 2025); and *FOIAConsciousness.com v. National Archives & Records Administration*, No. 25-4280 (9th Cir.) (response brief due September 19, 2025).

    Michael Raab, who has supervisory responsibility for the government's brief in this case, also has supervisory responsibility for the following matters with recent and upcoming deadlines: *Mackinac Center for Public Policy v. Dep't of Education*, No. 24-1784 (6th Cir.) (brief filed August 6, 2025); *Edwards v. U.S. Postal Service*, No. 24-1370 (D.C. Cir.) (brief filed August 6, 2025); *Boyle v. Trump*, No. 25-1687 (4th Cir.) (opening brief filed August 11, 2025, and reply brief due August 29, 2025); *Essintial Enterprise Solutions*

*LLC v. SBA*, No. 25-1367 (3d Cir.) (brief filed August 13, 2025); *LeBlanc v. U.S. Privacy and Civil Liberties Oversight Board*, No. 25-5197 (D.C. Cir.) (brief filed August 15, 2025, and reply brief due September 19, 2025); *Craghtten v. ATFE*, No. 25-2117 (9th Cir.) (brief due September 2, 2025); *Texas Tobacco Barn LLC v. FDA*, No. 25-60200 (5th Cir.) (brief due September 3, 2025); *Grundmann v. Trump*, No. 25-5165 (D.C. Cir.) (brief due September 3, 2025); *Legalforce RAPC Worldwide v. PTO*, No. 25-3362 (9th Cir.) (brief due September 5, 2025); *Butte County v. Dep't of Education*, No. 25-2453 (9th Cir.) (brief due September 8, 2025).

Government counsel will work diligently to prepare the brief in this case in the time requested.

The government respectfully requests that the Court grant the requested unopposed extension and set a new briefing deadline of October 3, 2025.

    Sincerely,

    */s/ Amanda L. Mundell*
    Amanda L. Mundell
    Counsel for Defendant-Appellee