No. 25-10668

---

UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

---

BILL WORD, DAVID DAQUIN, *PLAINTIFFS-APPELLANTS*,

v.

U.S. DEPARTMENT OF ENERGY, *DEFENDANT-APPELLEE*.

---

On Appeal from the United States District Court for the Northern
District of Texas, Amarillo Division Case No. 2:24-cv-00130

---

**Unopposed Motion to Withdraw Appearance**

I, Charles Devin Watkins, hereby move to withdraw my appearance on behalf of Bill Word and David Daquin in the above captioned case as I have a conflict of interest. Plaintiffs-Appellants will continue to be represented by John Vecchione who has already entered an appearance. Defendant-Appellee does not oppose this motion.

Dated: May 13, 2026

Respectfully submitted,

_/s/ Devin Watkins_____
Devin Watkins

1

6817 Radcliffe Drive
Alexandria VA 22307
503-753-8104
devincwatkins@gmail.com