No. 25-10668

UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

BILL WORD, DAVID DAQUIN, *PLAINTIFFS-APPELLANTS*,

v.

U.S. DEPARTMENT OF ENERGY, *DEFENDANT-APPELLEE*.

On Appeal from the United States District Court for the Northern
District of Texas, Amarillo Division Case No. 2:24-cv-00130

**Motion to Expedite Motion to Withdraw Appearance**

I respectfully request expedited consideration of my motion to
withdraw my appearance. I had understood that, under Fifth Circuit
Rule 27.1.10, the motion would likely be resolved promptly by the
clerk's office, but I have since been informed that it has been referred to
the Court.

I am scheduled to begin federal employment on Monday, May 18,
2026, representing the United States government. Under 18 U.S.C. §
205(a)(1), a federal employee may not continue to act as an attorney for

parties asserting claims against the United States. Because other counsel will continue representing the clients in this matter, no party will be prejudiced by withdrawal, and all parties have consented to my withdrawal.

Accordingly, I respectfully request that the Court rule on the pending motion to withdraw before Monday, May 18, 2026, the scheduled commencement of my federal employment.

Dated: May 14, 2026

Respectfully submitted,

_/s/ Devin Watkins_____
Devin Watkins
6817 Radcliffe Drive
Alexandria VA 22307
503-753-8104
devincwatkins@gmail.com