# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**

May 15, 2026

Lyle W. Cayce
Clerk

———————————

No. 25-10668

———————————

BILL WORD; DAVID DAQUIN,

*Plaintiffs—Appellants*,

*versus*

U.S. DEPARTMENT OF ENERGY,

*Defendant—Appellee.*

———————————————————————

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 2:24-CV-130

———————————————————————

ORDER:

IT IS ORDERED that the motion of attorney Charles Watkins to withdraw as counsel is GRANTED.

LYLE W. CAYCE, CLERK
United States Court of Appeals
for the Fifth Circuit
/s/ Lyle W. Cayce

ENTERED AT THE DIRECTION OF THE COURT